▇ ALAN HOWARD, INC., Appellant, v. AMERICAN ACCEPTANCE CORPORATION, Respondent.—

924

Concur — McGivern, J. P., Markewich, Nunez, McNally and Macken, JJ.